DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EMILIO OSORNIO-VALDOVINOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Extradition of | No. 1:11-MC-00037 DLB |
| EMILIO OSORNIO VALDOVINOS. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| | DATE:   March 2, 2012 |
| | TIME:   1:30 P.M. |
| | JUDGE:  Hon. Gary S. Austin |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for March 1, 2012, **may be continued to March 2, 2012 at 1:30 p.m. before Magistrate Gary S. Austin.**

The parties have reached a resolution in this matter. However, counsel for the Government is unavailable on the current status conference date so the one day continuance is requested for continuity of counsel. The requested continuance is with the intention of conserving time and resources for both parties and the court.

As this is an extradition hearing, no finding under the Speedy Trial Act is necessary.

//
//
//
//

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |

DATED: February 28, 2012        By:    /s/ Ian Garriques
                                                        IAN GARRIQUES
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff

                                                        DANIEL J. BRODERICK
                                                        Federal Defender

DATED: February 28, 2012        By:    /s/ Charles J. Lee
                                                        CHARLES J. LEE
                                                        Assistant Federal Defender
                                                        Attorney for Defendant
                                                        EMILIO OSORNIO VALDOVINOS

**O R D E R**

IT IS SO ORDERED.

   Dated:   **February 28, 2012**               **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE