1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | CHARLES J. LEE, Bar #221057
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EMILIO OSORNIO-VALDOVINOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Extradition of | ) | No. 1:11-MC-00037 DLB |
|---|---|---|
| EMILIO OSORNIO VALDOVINOS. | ) ) ) ) ) ) ) ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>DATE:   March 2, 2012<br>TIME:   1:30 P.M.<br>JUDGE: Hon. Gary S. Austin |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for March 1, 2012, **may be continued to March 2, 2012 at 1:30 p.m. before Magistrate Gary S. Austin.**

The parties have reached a resolution in this matter. However, counsel for the Government is unavailable on the current status conference date so the one day continuance is requested for continuity of counsel. The requested continuance is with the intention of conserving time and resources for both parties and the court.

As this is an extradition hearing, no finding under the Speedy Trial Act is necessary.

//
//
//
//

|    |    |    |    |
|----|----|----|----|
| 1  |    |    | Respectfully submitted, |
| 2  |    |    | BENJAMIN B. WAGNER<br>United States Attorney |
| 3  |    |    |    |
| 4  | DATED: February 28, 2012 | By: | /s/ Ian Garriques<br>IAN GARRIQUES |
| 5  |    |    | Assistant United States Attorney<br>Attorney for Plaintiff |
| 6  |    |    |    |
| 7  |    |    | DANIEL J. BRODERICK<br>Federal Defender |
| 8  |    |    |    |
| 9  | DATED: February 28, 2012 | By: | /s/ Charles J. Lee<br>CHARLES J. LEE |
| 10 |    |    | Assistant Federal Defender<br>Attorney for Defendant |
| 11 |    |    | EMILIO OSORNIO VALDOVINOS |

**O R D E R**

IT IS SO ORDERED.

Dated:   **February 28, 2012**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE