

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF<br><br>EMILIO OSORNIO VALDOVINOS | Case No. 1:11-MC-00037-DLB<br><br>CERTIFICATION OF EXTRADITABILITY AND ORDER OF COMMITMENT |

<u>CERTIFICATION OF EXTRADITABILITY AND ORDER OF COMMITMENT</u>

The Court has received the Amended Complaint for Extradition filed on December 9, 2011, by Ian L. Garriques, Assistant United States Attorney for the Eastern District of California, for and on behalf of the Government of Mexico, pursuant to that Government's request for the provisional arrest and extradition of EMILIO OSORNIO VALDOVINOS. The Government of Mexico, subsequent to that date, made a formal request for the extradition of EMILIO OSORNIO VALDOVINOS. The Court has also received an affidavit executed by EMILIO OSORNIO VALDOVINOS and witnessed by his attorney, Charles J. Lee.

On March 2, 2012, EMILIO OSORNIO VALDOVINOS appeared before the Court in open session, accompanied by his attorney, and in the presence of the aforementioned Assistant United States

1  Attorney. The Court addressed EMILIO OSORNIO VALDOVINOS and is
2  satisfied that he is aware of his rights as set forth in the
3  affidavit of consent to extradition and that the affidavit was
4  executed knowingly and voluntarily.
5      Inasmuch as EMILIO OSORNIO VALDOVINOS has conceded that he
6  is extraditable on the charges for which extradition was
7  requested, and has consented to a certification by this Court to
8  that effect, and has further consented to remain in custody
9  pending the arrival of agents from the requesting state to effect
10 his transfer to the requesting state, the Court finds on the
11 basis of the record herein and the representations of EMILIO
12 OSORNIO VALDOVINOS and counsel that:
13     1.  the undersigned judicial officer is authorized under
14 Title 18, United States Code, Section 3184, to conduct an
15 extradition hearing;
16     2.  the Court has personal jurisdiction over EMILIO OSORNIO
17 VALDOVINOS and subject matter jurisdiction over the case;
18     3.  there is currently in force an extradition treaty
19 between the Government of the United States and the Government of
20 Mexico, 31 U.S.T. 5059, TIAS 9656;
21     4.  EMILIO OSORNIO VALDOVINOS has been charged in the State
22 of Michoacan, Mexico, with the crime of Homicide;
23     5.  this charge constitutes an extraditable offense within
24 the meaning of Article 2 of the Treaty;
25     6.  the requesting state seeks the extradition of EMILIO
26 OSORNIO VALDOVINOS for trial for this offense; and
27     7.  EMILIO OSORNIO VALDOVINOS has stipulated that there is
28 probable cause to believe that he committed the offense for which

1 | extradition is sought.
2 |     Based on the foregoing findings, the Court concludes that
3 | EMILIO OSORNIO VALDOVINOS is extraditable for the offense for
4 | which extradition was requested, and certifies this finding to
5 | the Secretary of State as required under Title 18, United States
6 | Code, Section 3184.
7 |     IT IS THEREFORE ORDERED that the Clerk of the Court deliver
8 | to the Assistant United Sates Attorney a certified copy of this
9 | Certification of Extraditability and the executed Affidavit of
10 | Consent to Extradition and, further, that the Clerk forward
11 | certified copies of the same to the Secretary of State (to the
12 | attention of the Legal Adviser) and the Director, Office of
13 | International Affairs, Criminal Division, U.S. Department of
14 | Justice, in Washington, D.C., for the appropriate disposition.
15 |     IT IS FURTHER ORDERED that EMILIO OSORNIO VALDOVINOS be
16 | committed to the custody of the United States Marshal pending
17 | final disposition of this matter by the Secretary of State and
18 | arrival of agents of the requesting state, at which time EMILIO
19 | OSORNIO VALDOVINOS, together with any evidence seized incidental
20 | to his arrest, will be transferred to the custody of the agents
21 | of the requesting state at such time and place as mutually agreed
22 | upon by the United States Marshal and the duly authorized
23 | representatives of the Government of Mexico to be transported to
24 | Mexico.

SO ORDERED, this __2__ day of March, 2012.

_____
United States Magistrate Judge
Eastern District of California