FILED
MAR 2 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF<br><br>EMILIO OSORNIO VALDOVINOS | Case No. 1:11-MC-00037-DLB<br><br>AFFIDAVIT OF CONSENT TO EXTRADITION |

AFFIDAVIT OF CONSENT TO EXTRADITION

I, EMILIO OSORNIO VALDOVINOS, having been fully informed by my attorney, CHARLES J. LEE, with whose services I am satisfied, that I have certain rights pursuant to United States law, including Title 18, United States Code, Section 3184 et seq., and the extradition treaty between the United States and the Government of Mexico.  In particular, I understand that:

 1.  the Government of Mexico has requested my provisional arrest and extradition; and

 2.  under Title 18, United States Code, Section 3184, I am entitled to a hearing at which certain facts would need to be established, including:

  (a) that currently there is an extradition treaty in

force between the United States and Mexico;

    (b) that the treaty covers the offenses for which my extradition was requested;

    (c) that I am the person whose extradition is sought by the Government of Mexico; and

    (d) that probable cause exists to believe that I committed the offenses for which extradition was requested.

I further understand that I cannot be extradited to the requesting state unless and until a court of the United States certifies its finding of extraditability to the Secretary of State and the Secretary signs a warrant of surrender.

In full knowledge of the above, I hereby concede that I am the individual against whom charges are pending in the Mexican State of Michoacan and for whom process is outstanding there. I further stipulate that there is probable cause to support my extradition to the requesting state for the charges for which extradition was sought. I consent to a certification by the Court of my extraditability without the need for a hearing as contemplated under 18 U.S.C. § 3184; to a decision by the Secretary of State authorizing my surrender; to be transported in custody to the requesting state as soon as its agents may arrive; and to remain in the custody of the United States Marshal pending the arrival of agents of the requesting state. I give this consent voluntarily, knowingly and entirely of my own free will. No representative, official, or officer of the United States or of the Government of MEXICO [*Mexico* handwritten above crossed-out word], nor any person whomsoever, has made any promise or offered any other form of inducement nor made any

///

1 | threat or exercised any form of intimidation against me.

3 | DATED: 3-2-12

                                        *Emilio Valdovinos*
                                        EMILIO OSORNIO VALDOVINOS

6 | DATED: 3/2/12

                                          CHARLES J. LEE
                                          Attorney for
                                          EMILIO OSORNIO VALDOVINOS

9 | DATED: 3/2/12

                                          Interpreter [If applicable]
                                          [Printed Name and Signature]

14 |     I hereby certify that EMILIO OSORNIO VALDOVINOS personally appeared before me and made his oath in due form of law that the statements herein are true.

18 | DATED: 3/2/12

                                          United States Magistrate Judge
                                          Eastern District of California